154 A.3d 708

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. TREVOR A. RODRIGUEZ (A/K/A TREVOR
RODRIGUES), DEFENDANT–PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000381–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 708

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAVID FIGUEROA, DEFENDANT-PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000540–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.